UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20814-CIV-JLK

ROLANDO TORRES and all others similarly )
situated under 29 U.S.C. 216(b), )
)
          Plaintiff, )
vs. )
)
INDECO FINISHES OF FLORIDA, LLC, )
OSWALDO A RAMOS, )
)
          Defendants. )
)
_____ )

### FINAL DEFAULT JUDGMENT PURSUANT TO 29 U.S.C 216(b) AS TO DEFENDANTS FOR CLAIM, FEES AND COSTS INCLUDING FUTURE FEES REGARDING COLLECTION OF DEFAULT

Pursuant to 29 U.S.C. 216(b) it is hereby ordered and adjudged that the Plaintiff, ROLANDO TORRES, c/o the Client Trust Account of J.H. Zidell P.A., take the following sums from Defendants INDECO FINISHES OF FLORIDA, LLC and OSWALDO A. RAMOS, jointly and severally, which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue: **$8,568.**

**Fees and Costs:**

Further, pursuant to the Fair Labor Standards Act, Plaintiff's counsel J.H. Zidell, Esq. c/o J.H. Zidell, P.A. shall take the sum of $2,115 as fees and costs, from Defendants INDECO FINISHES OF FLORIDA, LLC and OSWALDO A. RAMOS, jointly and severally, the which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue. Further, Plaintiff's counsel

shall be entitled to collect reasonable attorneys' fees in collection of the default judgment to be determined by this Court upon collection.

DONE AND ORDERED in Chambers, Miami, FL on this  13  day of ____May____, 20 15.

_____
JAMES LAWRENCE KING
SR. UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Defendants