UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-20814-CIV-KING/TORRES

ROLANDO TORRES and all others similarly )
situated under 29 USC 216(b) )
)
        Plaintiff, )
vs. )
)
INDECO FINISHES OF FLORIDA, LLC )
OSWALDO A. RAMOS )
)
        Defendants )
)

## FINAL JUDGMENT IN GARNISHMENT

THIS ACTION came before the Court on judgment creditor Plaintiffs' Motion for Entry of Final Judgment of Garnishment. Based upon the Writ of Garnishment, the Answer of Garnishee First American Bank [D.E. 39], and it appearing to the Court from the pleadings submitted by the parties and garnishee First American Bank that there is no genuine triable issue as to any material fact, and that Plaintiff is entitled to judgment in his favor as a matter of law, it is therefore,

ORDERED, ADJUDGED and DECREED that

1. Garnishee, First American Bank shall disburse the garnished funds in the amount of $9,838.58 ($8,728.58 remaining on the judgment, plus $630 in fees and $480 in costs) within 10 calendar days from the date of this Order to J.H. Zidell P.A. Client Trust Account.

2. Garnishee, First American Bank shall disburse $5,557.50 to Daniel T. Feld. P.A. as attorney's fees incurred in collection of the default judgment.

3. Garnishee, First American Bank, within 5 days of this Order, shall amend its Answer to Plaintiff's writ of garnishment in case 15-21601 to reflect the additional $2,010.92 held in garnishment.

DONE AND ORDERED in Chambers at Miami, Florida, this **1st** day of February 2016.

                                                                                     */s/ James Lawrence King*
                                                                           **JAMES LAWRENCE KING**
                                                                           **UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record